UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JINGKUN L.,** | )<br>) |
| **Petitioner,** | )<br>) |
| v. | )   Case No. 25-CV-0591-CVE-SH<br>) |
| **JOSE R. OLIVARES, USCIS/ICE**<br>**Field Office Director,**<br>**VIC REGLADO, Tulsa County Sheriff,** | )<br>)<br>)<br>) |
| **Respondents.** | ) |

## ORDER

Petitioner, appearing through counsel, commenced this action on October 31, 2025, by filing a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241 (Dkt. # 2). Petitioner identifies himself as a citizen of the People's Republic of China and alleges that he presently is in custody of the Department of Homeland Security ("DHS") and the United States Immigration and Customs Enforcement ("ICE"). Dkt. # 2, at 2, 4. He further alleges that he was detained by ICE agents in June 2025 and that he is being unlawfully detained at the David L. Moss Criminal Justice Center in Tulsa, Oklahoma, pending final removal pursuant to a deportation order entered in October 2022. Id. at 2-5. Petitioner seeks his immediate release from custody or his immediate deportation to China. Id. at 7.

As directed by the Court, respondents responded to the allegations in the petition. Dkt. ## 3, 6, 7. Petitioner did not file an optional reply, and the deadline for doing so has expired. See Dkt. # 3. Based on representations in, and materials submitted with, respondent Regalado's motion to dismiss and respondent Olivares's response in opposition to the petition, the Court finds that petitioner is not presently detained by federal immigration authorities. Dkt. ## 6-1, 6-2, 7-1, 7-2, 7-3. Instead, he is detained by state authorities pending a criminal prosecution in Tulsa County

District Court Case No. CF-2025-4156, and he is subject to an immigration detainer should he be released from state custody based on the 2022 removal order.  Id.  On the record presented, the Court finds that petitioner has not shown that he is unlawfully detained by federal immigration authorities or that he is otherwise entitled to pretrial federal habeas relief under 28 U.S.C. § 2241.  The Court thus concludes that the motion to dismiss shall be granted, the petition shall be dismissed, and no certificate of appealability shall be issued.  See 28 U.S.C. § 2253; Slack v. McDaniel, 529 U.S. 473, 484 (2000).

**IT IS THEREFORE ORDERED** that:  (1) the motion to dismiss (Dkt. # 6) is **granted**; (2) the petition for writ of habeas corpus (Dkt. # 2) is **dismissed**; (3) a certificate of appealability is **denied**; and (4) a separate judgment of dismissal shall be entered in this matter.

**DATED** this 24th day of November, 2025.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE